

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 6370 ABBOTTS PARK DRIVE, APT. C, FAYETTEVILLE, NC 28311 | Case No. 5:16-MJ-1951-RN<br><br>**Filed Under Seal** |

## ORDER TO SEAL SEARCH WARRANT AND SUPPORTING DOCUMENTATION

Upon motion of the United States it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the above-captioned matter be sealed until such time as unsealing is requested by the United States Attorney and granted by the court.

It is FURTHER ORDERED that the Clerk provide the United States and the Federal Bureau of Investigation with a copy of the affidavit, application for a search warrant, search warrant, and return of service, as well as a copy of the Motion and Order to Seal the same.

Dated: November 3, 2016

_____
Robert T. Numbers, II
United States Magistrate Judge

SL