UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

No. 5:16-MJ-1951

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> 6370 ABBOTTS PARK DRIVE, APT. C, ) <br> FAYETTEVILLE, NORTH CAROLINA, ) <br> 28314 ) | **ORDER TO UNSEAL** |

Upon motion of the Government, the above-captioned matters are hereby ORDERED unsealed. SO ORDERED.

Dated: November 30, 2016

*Robert T. Numbers II*

Robert T. Numbers, II
United States Magistrate Judge